

**FILED**
6/30/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:26-cr-00351<br>Judge Elaine E. Bucklo<br>Magistrate Judge Daniel P. McLaughlin<br>RANDOM / Cat. 4 |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| JAMAR LOPEZ,<br> also known as "Jomar Lopez" | |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about May 10, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

**JAMAR LOPEZ,**
also known as "Jomar Lopez,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Glock, Model 43, 9mm caliber semiautomatic pistol bearing serial number AFLF731, which firearm had traveled in interstate commerce prior to defendant's possession of it;

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2025 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited consists of a Glock Model 43, 9mm caliber semi-automatic pistol bearing serial number AFLF731 and associated ammunition.

A TRUE BILL:

_____

FOREPERSON

_____

ANDREW S. BOUTROS
UNITED STATES ATTORNEY